Forth Amendment
Dismiss 03-0135
330 of 1999 Erie

I got Case Law

FILED
'06 JUN 30 AM 10:12
CLERK
U.S. DISTRICT COURT

EB7303
Anderson

- <u>Fourth Amendment</u>

  <u>Dismissal</u>

  Shup V. Del6

  ("I never had appeal")

  P.S. You a break

Anderson EB 7303

- Shlup V/Delo <u>Fourth Amendment</u>

  "<u>Dismissal</u>
  I never had appeal"

- PS: Break

Anderson EB 303