

Envelope 1:

Name Anderson Reginald
Number EB-7303
1100 Pike Street
Huntingdon, PA 16654-1112

INMATE MAIL
PA DEPT OF CORRECTIONS

U.S. POSTAGE $0.39
JUN 28 06

Clerk
United State District Court
P.O. Box 1820
Erie, Pennsylvania, 16501

RECEIVED
JUN 30 2006
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

Inmate Mail - PA. DEPT OF CORRECTIONS
16507+0820-20 B007

Envelope 2 (duplicate):

Name Anderson Reginald
Number EB-7303
1100 Pike Street
Huntingdon, PA 16654-1112

INMATE MAIL
PA DEPT OF CORRECTIONS

U.S. POSTAGE $0.39
JUN 28 06

Clerk
United State District Court
P.O. Box 1820
Erie, Pennsylvania, 16501

RECEIVED
JUN 30 2006
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

Inmate Mail - PA. DEPT OF CORRECTIONS
16507+0820-20 B007